UNITED STATES of America, Plaintiff–Appellee,

v.

Darren Lavald BOWIE, Defendant–Appellant.

No. 15–20431
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 11, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, fro Plaintiff–Appellee.

Darren Lavald Bowie, Three Rivers, TX, pro se.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

Counsel retained to represent Darren Bowie has moved for leave to withdraw

and has filed a brief in accordance with Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and United States v. Flores, 632 F.3d 229 (5th Cir.2011). Bowie has filed a response. The record is not sufficiently developed to allow this court to make a fair evaluation of Bowie's claims of ineffective assistance of counsel, so we decline to consider them, without prejudice to collateral review. See United States v. Isgar, 739 F.3d 829, 841 (5th Cir.2014).

We have reviewed counsel's brief, relevant portions of the record reflected therein, and Bowie's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. See 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.